# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **GREGORY STILLMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 4:19-cv-00222 |
| v. | ) |
| | ) |
| **WAL MART STORES EAST I, LP,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned certified that on the 23rd day of April 2019, an electronic copy of Defendant's First Interrogatories and Requests for Production of Documents were served on all counsel of record for Plaintiff.

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham          (MO #66153)
M. Jared Marsh              (MO #51817)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 23th day of April, 2019, the foregoing was electronically mailed to:

Amanda J. Montee
James E. Montee
Jeffrey P. Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, MO 64502
TEL: (816) 364-1650
FAX: (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

                                        /s/ M. Jared Marsh
                                        ATTORNEY FOR DEFENDANT

2

Case 4:19-cv-00222-DGK   Document 11   Filed 04/23/19   Page 2 of 2