**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| GREGORY STILLMAN, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>WAL MART STORES EAST I, LP, )<br>)<br>    **Defendant.** )<br>) | **Case No.: 4:19-cv-00222** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 14th day of May 2019, Defendant's Rule 26(a)(1) Initial Disclosures were served on all counsel of record for Plaintiff.

        Respectfully submitted:

        /s/ M. Jared Marsh
        Lindsay P. Windham  (MO #66153)
        M. Jared Marsh    (MO #51817)
        HALBROOK WOOD, PC
        3500 West 75th Street, Suite 300
        Prairie Village, Kansas 66208
        TEL: (913) 529-1188
        FAX: (913) 529-1199
        E-MAIL: lwindham@halbrookwoodlaw.com
        E-MAIL: jmarsh@halbrookwoodlaw.com
        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 14th day of May, 2019, the foregoing was electronically mailed to:

Amanda J. Montee
James E. Montee
Jeffrey P. Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, MO 64502
TEL: (816) 364-1650
FAX: (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

                                        /s/ M. Jared Marsh
                                        ATTORNEY FOR DEFENDANT