**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| GREGORY STILLMAN, | ) |
| | ) |
|        Plaintiff, | ) |
| | )    Case No.: 4:19-cv-00222 |
| v. | ) |
| | ) |
| WAL MART STORES EAST I, LP, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned certified that on the 31st day of May 2019, an electronic copy of Defendant's Answer and Objections to Plaintiff's First Interrogatories and Requests for Production of Documents were served on all counsel of record for Plaintiff.

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham    (MO #66153)
M. Jared Marsh    (MO #51817)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 31st day of May, 2019, the foregoing was electronically mailed to:

Amanda J. Montee
James E. Montee
Jeffrey P. Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, MO 64502
TEL: (816) 364-1650
FAX: (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

                                          /s/ M. Jared Marsh
                                          ATTORNEY FOR DEFENDANT