# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY STILLMAN, | ) | |
| | ) | |
| | ) | 4:19-cv-00222-DGK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| WAL-MART STORES EAST I, L.P., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

In accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure and this Court's Schedule and Trial Order, Plaintiff Gregory Stillman respectfully designates the following expert witnesses:

I. RETAINED EXPERT

    Eva Henry, M.D.
    Age Well Brain Center
    10111 E. 21st Street North, Suite 105
    Wichita, KS 67206
    (316) 260-5001
    (316) 260-5424 (fax)
    evahenryclinic@gmail.com

Dr. Henry's report, curriculum vitae, testifying history and rate sheet have been served upon Defendant. Dr. Henry may be called to testify as to Plaintiff's nature and extent of injuries, necessity of past medical treatment, fair and reasonableness of medical bills and the need for future medical treatment and as to any other subjects or opinions referenced in her report and/or subsequent deposition testimony, including reasonable inferences arising therein.

II. NON-RETAINED EXPERTS

    Dr. Roxane Bremen
    Neurologist
    622 SW 3rd Street, Suite B
    Lee's Summit, MO 64063
    816-398-7048

Dr. Bremen is expected to testify regarding her observations and examinations of Plaintiff as well as the etiology, treatment and prognosis of his injuries. Furthermore, Dr. Bremen will testify to the reasonableness and necessity of Plaintiff's incurred medical expenses. Her testimony will be based on her treatment relationship with Plaintiff as well as her experience, her medical records review regarding Plaintiff, and her expertise as an neurologist.

Dr. Bertram Caruthers
Dermatologist
1734 E. 63rd Street, Suite 470
Kansas City, MO 64110
816-333-6555

Dr. Caruthers is expected to testify regarding his observations and examinations of Plaintiff as well as the etiology, treatment and prognosis of his injuries. Furthermore, Dr. Schneider will testify to the reasonableness and necessity of Plaintiff's incurred medical expenses. His testimony will be based on his treatment relationship with Plaintiff as well as his experience, his medical records review regarding Plaintiff, and his expertise as a dermatologist.

    Respectfully submitted,
    MONTEE LAW FIRM, P.C.

    /s/ James Montee
    James Montee, MO #33489
    Amanda Montee, MO#65065
    P.O. Box 127
    St. Joseph, MO 64502
    (816) 364-1650
    (816) 364-1509 Fax
    monteelaw@outlook.com
    amontee@monteelawfirm.com
    ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the above and foregoing was served on all counsel of record via ECF on August 30, 2019.

    /s/ James Montee
    Attorney