# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| GREGORY STILLMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:19-cv-00222 |
| v. | ) |
| | ) |
| WAL MART STORES EAST I, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of October 2019, an electronic copy of Defendant's Designation of Expert Witnesses was served on all counsel of record for Plaintiff.

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham   (MO #66153)
M. Jared Marsh   (MO #51817)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on this 30th day of October 2019, the foregoing was electronically mailed to:

James A. Montee
Amanda J. Blackwood
Jeffrey Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, Missouri 65054
Tel: (816) 364-1650
Fax: (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

          /s/ M. Jared Marsh
          ATTORNEY FOR DEFENDANT