# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GREGORY STILLMAN, | ) |
| | ) |
| | ) 4:19-cv-00222-DGK |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WAL-MART STORES EAST I, L.P., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that undersigned counsel, Jeffrey P. Blackwood, hereby enters his appearance on behalf of Plaintiff Gregory Stillman.

Dated: November 1, 2019　　　　　　　　　　Respectfully submitted,

**MONTEE LAW FIRM, P.C.**

/s/ *Jeffrey P. Blackwood*
JEFFREY P. BLACKWOOD (MO #71445)
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 (fax)
jblackwood@monteelawfirm.com

*Counsel for Plaintiff Gregory Stillman*