**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **GREGORY STILLMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 4:19-cv-00222** |
| **v.** | ) | |
| | ) | |
| **WAL MART STORES EAST I, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of January 2020, an electronic copy of the reports of Defendant's Expert Witnesses were served on all counsel of record for Plaintiff.

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham          (MO #66153)
M. Jared Marsh                (MO #51817)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

1

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on this 10th day of January 2020, the foregoing was electronically mailed to:

James A. Montee
Amanda J. Blackwood
Jeffrey Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, Missouri 65054
Tel:     (816) 364-1650
Fax:    (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

                              /s/ M. Jared Marsh
                              ATTORNEY FOR DEFENDANT