IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| GREGORY STILLMAN, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 4:19-cv-00222 |
| v. | ) |
| | ) |
| WAL MART STORES EAST I, LP, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT WAL-MART STORES EAST I, LP'S WITNESS LIST

Pursuant to this Court's Order dated October 24, 2019 (ECF #35), Defendant Wal-Mart Stores East I, LP ("Defendant") respectfully submits the list of all witnesses it may call at trial. Defendant reserves the right to call or examine any witness designated by Plaintiff in this case. Defendant additionally reserves the right to supplement or amend this list up to and including the time of trial, or to designate other witnesses in rebuttal, for impeachment, or otherwise, up to and during the trial of this matter.

| | Name | Fact/Expert |
|---|---|---|
| 1 | Plaintiff Gregory Stillman | Fact |
| 2 | Jordan Kinney | Fact |
| 3 | Walmart 30(b)(6) representative, Allan Hentges | Fact |
| 4 | Dr. Roxanne Bremen | Fact |
| 5 | Dr. Bertram Caruthers | Fact |
| 6 | Dr. Kathryn Hedges | Fact |
| 7 | Dr. Samuel Bittel | Fact |

| 8 | Dr. Washington Muro | Fact |
|---|---|---|
| 9 | Dr. Eva Henry | Expert |
| 10 | Dr. John Sand | Expert |
| 11 | Dr. Patrick Caffrey | Expert |
| 12 | All witnesses identified by any other party to this lawsuit | Fact |
| 13 | All necessary foundation witnesses | Fact |
| 14 | Witnesses necessary for rebuttal or impeachment | Fact |

Dated: July 23, 2020

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham         (MO #66153)
M. Jared Marsh               (MO #51817)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 23rd day of July 2020, the foregoing was electronically filed with the Clerk of the Court via the Court's electronic filing system, which sends notifications to:

James E. Montee
Amanda J. Blackwood
Jeffrey P. Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, MO 64502
TEL: (816) 364-1650
FAX: (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

                                           /s/ M. Jared Marsh
                                           ATTORNEY FOR DEFENDANT