IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GREGORY STILLMAN, | ) | |
| | ) | |
| | ) | 4:19-cv-00222-DGK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WALMART STORES EAST I, L.P., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S WITNESS LIST

Plaintiff Gregory Stillman submits the following witness list for trial:

1. Plaintiff Gregory Stillman

2. Dr. Eva Henry

3. Defendant Walmart Stores East I, LP

4. Jordan Kinney

Date: July 23, 2020

Respectfully submitted,

**MONTEE LAW FIRM, P.C.**

/s/ *Jeffrey P. Blackwood*
Jeffrey P. Blackwood, MO #71445
Amanda J. Blackwood, MO #65054
James Montee, MO #33489
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 (fax)
jblackwood@monteelawfirm.com
ablackwood@monteelawfirm.com
monteelaw@outlook.com

*Counsel for Plaintiff Gregory Stillman*

## CERTIFICATE OF SERVICE

The undersigned certifies that *Plaintiff's Witness List* was served via ECF to all counsel of record on July 23, 2020.

/s/ Jeffrey P. Blackwood
Jeffrey P. Blackwood