# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| Gregory Stillman <br> *Plaintiff* <br> v. <br> Wal Mart Stores East I, LP <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 4:19-cv-00222 <br> ) <br> ) <br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bertram Caruthers, Jr. M.D.

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all medical and billing records regarding Plaintiff Gregory Stillman's treatment from January 1, 2009 to Present per the attached Notice of Rule 45 Records Subpoena for Production of Documents.

| Place: Dr. Bertram Caruthers, Jr. M.D. <br> 1734 E 63rd St # 470, <br> Kansas City, MO 64110 | Date and Time: <br> 08/07/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/28/2020

*CLERK OF COURT*

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Wal Mart Stores East I, LP , who issues or requests this subpoena, are:

M. Jared Marsh; 3500 West 75th Street, Suite 300, Prairie Village, Kansas 66208; jmarsh@halbrookwoodlaw.com; 913-529-1188

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 4:19-cv-00222

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dr. Bertram Cauthers, Jr.
on *(date)* 7/28/20 .

☑ I served the subpoena by delivering a copy to the named person as follows:
Iesha M. as Medical Office Receptionist
on *(date)* 7/28/2020 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ —

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/28/20

_____
N(E)II P.P.S.
*Server's signature*

Nathaniel Scott, Private Process Server
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Missouri

Case Number: 4:19-CV-00222

Plaintiff/Petitioner:
**GREGORY STILLMAN**

vs.

Defendant/Respondent:
**WAL MART STORES EAST I, LP**

Received by HPS Process Service & Investigations to be served on **Dr. Bertram Cauthers, 1734 East 63rd Street, #470, Kansas City, MO 64110.**

I, NATHANIEL SCOTT, do hereby affirm that on the **28th day of July, 2020 at 2:30 pm, I:**

Served the within named establishment by delivering a true copy of **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in a Civil Action; Notice of rule 45 rEcords Subpoena for Production of Documents; and Affidavit of Custodian of Records** to **Iesha M. Medical Office Receptionist** at the address of **1734 East 63rd Street, #470, Kansas City, MO 64110.**

I am over the age of eighteen, and have no interest in the above action.

*[signature]* P.P.S.

**NATHANIEL SCOTT**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2020013876
Ref: 80000.0052

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c