# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

| | | |
|---|---|---|
| Gregory Stillman<br>*Plaintiff*<br>v.<br>Wal Mart Stores East I, LP<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:19-cv-00222 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records of Saint Luke's East Hospital

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all medical and billing records regarding Plaintiff Gregory Stillman's treatment from January 1, 2009 to Present per the attached Notice of Rule 45 Records Subpoena for Production of Documents.

| Place: Saint Luke's East Hospital<br>100 NE St Lukes Blvd,<br>Lee's Summit, MO 64086 | Date and Time:<br>08/07/2020 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 07/28/2020

*CLERK OF COURT*

OR

*Signature of Clerk or Deputy Clerk* — *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Wal Mart Stores East I, LP, who issues or requests this subpoena, are:

M. Jared Marsh; 3500 West 75th Street, Suite 300, Prairie Village, Kansas 66208; jmarsh@halbrookwoodlaw.com; 913-529-1188

**Notice to the person who issues or requests this subpoena**

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 4:19-cv-00222

NON-EST

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* SAINT LUKE'S EAST HOSPITAL on *(date)* 7-28-20 .

☐ I served the subpoena by delivering a copy to the named person as follows: ______________________ on *(date)* __________ ; or

☒ I returned the subpoena unexecuted because: RECORDS OFFICE IS TEMPORARILY CLOSED .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ __________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-28-20

[signature]
*Server's signature*

CHRISTOPHER REED PPS20-0434
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.:

# RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Western District of Missouri

Case Number: 4:19-CV-00222

Plaintiff/Petitioner:
**GREGORY STILLMAN**

vs.

Defendant/Respondent:
**WAL MART STORES EAST I, LP**

Received by HPS Process Service & Investigations to be served on **Saint Luke's East Hospital, 100 Northeast St Luke's Boulevard, Lee's Summit, MO 64086**.

I, CHRISTOPHER REED, do hereby affirm that on the **29th day of July, 2020** at **11:00 am, I:**

DISCONTINUED ATTEMPTING SERVICE of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in a Civil Action; Notice of rule 45 rEcords Subpoena for Production of Documents; and Affidavit of Custodian of Records** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
Non-Est. Unable to establish contact with Saint Luke's East Hospital at the provided address of 100 Northeast St Luke's Boulevard, Lee's Summit, MO. The server attempted the provided address and found the address to be closed by the hospital. Service attempts were discontinued.

I am over the age of eighteen, and have no interest in the above action.

[signature]

**CHRISTOPHER REED**
Process Server

**HPS Process Service & Investigations**
**www.hpsprocess.com**
**1669 Jefferson**
**Kansas City, MO 64108**
**(800) 796-9559**

Our Job Serial Number: HAT-2020013875
Ref: 80000.0052

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c