# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| **GREGORY STILLMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 4:19-cv-00222** |
| **v.** ) | |
| ) | |
| **WAL MART STORES EAST I, LP,** ) | |
| ) | |
| **Defendant.** ) | |

## DESIGNATION OF INDIVIDUALS ATTENDING TRIAL

Defendant Wal-Mart Stores East I, LP by and through undersigned Counsel, and pursuant to the Court's May 17, 2019 Scheduling Order (ECF #18), hereby notifies the Court that the following individuals will be present at counsel table during trial:

- Lindsay P. Windham (Counsel for Defendant);

- M. Jared Marsh (Counsel for Defendant);

- Braden S. Allen (Paralegal to Defense Counsel);

- Katy Shepherd (Paralegal to Defense Counsel);

- Jordan Kinney (Representative for Defendant).

Respectfully submitted:

/s/ M. Jared Marsh
Lindsay P. Windham          (MO #66153)
M. Jared Marsh          (MO #51817)
HALBROOK WOOD, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
E-MAIL: lwindham@halbrookwoodlaw.com
E-MAIL: jmarsh@halbrookwoodlaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of August 2020, the foregoing was electronically filed with the Clerk of the Court via the Court's electronic filing system, which sends notifications to:

James E. Montee
Amanda J. Blackwood
Jeffrey P. Blackwood
MONTEE LAW FIRM, P.C.
P.O. Box 127
St. Joseph, MO 64502
TEL: (816) 364-1650
FAX: (816) 364-1509
E-MAIL: monteelaw@outlook.com
E-MAIL: amontee@monteelawfirm.com
E-MAIL: jblackwood@monteelawfirm.com
ATTORNEYS FOR PLAINTIFF

/s/ M. Jared Marsh
ATTORNEY FOR DEFENDANT