# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GREGORY STILLMAN, | ) |
| | ) |
| | )  4:19-cv-00222-DGK |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WALMART STORES EAST I, L.P., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## INDIVIDUALS EXPECTED AT COUNSEL TABLE DURING TRIAL

Pursuant to the Scheduling Order, Plaintiff identifies the following people who are expected to be at counsel table during trial: Gregory Stillman, Plaintiff; Jeffrey Blackwood, lead counsel; James Montee, counsel; and Amanda Blackwood, counsel.

Date: August 7, 2020

Respectfully submitted,

**MONTEE LAW FIRM, P.C.**

/s/ *Amanda J. Blackwood*
Amanda J. Blackwood, MO #65054
James Montee, MO #33489
Jeffrey P. Blackwood, MO #71445
P.O. Box 127
St. Joseph, MO 64502
(816) 364-1650
(816) 364-1509 (fax)
ablackwood@monteelawfirm.com
*Counsel for Plaintiff Gregory Stillman*