# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| GREGORY STILLMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART EAST I, LP, )<br>)<br>Defendant. ) | No. 4:19-cv-00222-DGK |

## JUDGMENT IN A CIVIL ACTION

__X__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that

Jury Verdict returned in favor of Plaintiff in the amount of $450,000.00

 August 14, 2020         Paige Wymore-Wynn
Dated       Clerk of Court

August 14, 2020       /s/ Tracy Strodtman
Entered       (by) Deputy Clerk